

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00259-CV

IN RE ALLIANCE ANESTHESIA                                RELATORS
ASSOCIATES, P.A., GENE
VERTKIN, M.D., & WENDI
CABANO, R.N.

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered "Relators Motion To Dismiss As Moot Relators' Petition For Writ Of Mandamus," and is of the opinion that the petition should be dismissed as moot. Accordingly, relators' petition for writ of mandamus is dismissed as moot.

PER CURIAM

PANEL: GABRIEL, GARDNER, and MEIER, JJ.

DELIVERED: August 29, 2013

---

[1]See Tex. R. App. P. 47.4, 52.8(d).